IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | * |
| Petitioner, | * |
| v. | Case No. 5:21-cv-00249-TES-CHW |
| | * |
| DOCTOR STACY BROWN, | |
| | * |
| Respondent. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 27th day of July, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk