IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | : |
| Petitioner, | : |
| v. | : |
| | : NO. 5:21-cv-249-TES-CHW |
| DR. STACY BROWN, | : ORDER |
| Respondent. | : |

Petitioner moves for default judgment. ECF No. 6. On July 27, 2021, judgment was entered dismissing this case in its entirety. ECF No. 5. Petitioner's motion for default judgment is, therefore, **DENIED**.

**SO ORDERED**, this _10_ day of August, 2021.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

1